Greg WASSON,
*Petitioner,*

*v.*

SECRETARY OF STATE,
*Respondent.*

A138224

215 P3d 876

Greg Wasson filed the briefs *pro se.*

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Judy C. Lucas, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Pursuant to ORS 183.400, petitioner challenges four rules promulgated by the Secretary of State concerning the initiative, referendum, and recall processes: OAR 165-014-0005, OAR 165-014-0100, OAR 165-014-0260, and OAR 165-014-0280. On review, we conclude that none of petitioner's challenges has merit and that a discussion of the issues raised in the petition would not be of benefit to the bench, the bar, or the public.

OAR 165-014-0005 (Dec 31, 2007), OAR 165-014-0100 (Aug 12, 2008), OAR 165-014-0260 (Dec 31, 2007), and OAR 165-014-0280 (Dec 3, 2007) held valid.